JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LILIAN GUADALUPE PEREZ-GOMEZ,

Petitioner,

v.

FERETI SEMAIA, ETC., ET AL.,

Respondents.

No. ED CV 26-5715-E

JUDGMENT

Pursuant to the “Order for Entry of Judgment,” it is adjudged that the Petition is granted in part and Respondents are ordered to release Petitioner (A# 098-042-367) from detention immediately, subject to reasonable conditions of supervision.

DATED: October 7, 2026

______________________________
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE